IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GAYLE ZIMMERMAN                                                PLAINTIFF

V.                         5:17CV00160 JM

THE ARKANSAS DEPARTMENT OF FINANCE
AND ADMINISTRATION, and BETTY JUDKINS,
In her individual and official capacity                   DEFENDANTS

## JUDGMENT

Based upon the Order entered today, this case is DISMISSED.

IT IS SO ORDERED this 2nd day of February, 2018.

                                                     _____
                                                     James M. Moody Jr.
                                                     United States District Judge